# EXHIBIT 9

At 2020-05-05 05:35:07, "Kelly Wieser" <kelly@nheb5.com> wrote:

Hi Annie, Cindy,

I am just checking in to make sure Annie received the $30,000.00 payment sent last week.  Can you confirm?

Thank you,

Kelly

Kelly M. Wieser, Manager
Invest New Hampshire Regional Center
kelly@nheb5.com
603-706-2051


On Apr 4, 2020, at 4:12 PM, Annie <zhongwaixingsheng@126.com> wrote:


Hi Kelly,

I haven't heard from you for a long time. Is everything okay?

On March 30, two customers, Jiali Sun and Yanghong Dou, were due to be paid interest of US $15,000 respectively. As the Hong Kong account can't receive any payment for the time being, please pay to the attached accounts. If you have any questions, please contact me at any time. Thank you!

Best,


Annie
04/05/2020




At 2019-12-24 03:23:58, "Kelly Wieser" <kelly@nheb5.com> wrote:

Dear Annie,

Greetings from snowy and cold New Hampshire!  You should have received a wire for US $15,000.00 for payment of the outstanding amount due you in connection with Lan Cen.  Could you please confirm receipt!

We have finally finalized some changes with the purchase and sales agreement for that greenhouse project I was telling you about at the end of the summer.  I can put together all the information for you next week if you are still interested.  The project is looking for equity investment and also could structure an EB-5 offering.  I am sure that you have heard about all the changes in EB-5 and I

cannot predict whether and when there could be changes again, but right now the minimum investment for an actual TEA, which all of northern NH is, is $900,000.

Let me know if you have any questions, concerns, etc. at this time!

Best,
Kelly


**Kelly M. Wieser, Manager**
**Invest New Hampshire Regional Center, LLC**
PO Box 1582
Campton, NH 03223 USA
603-706-2051
kelly@nheb5.com
www.nheb5.com



On Tue, Dec 3, 2019 at 1:12 AM Annie <zhongwaixingsheng@126.com> wrote:
Hi Kelly,

As the end of the year approaches, there is still a shortfall of US$ 15,000 this year. Please arrange for payment as soon as possible. Thank you very much!

Wishing you a Merry Christmas and a Happy New Year in advance!


Best,

Annie
12/03/2019



At 2019-10-12 21:08:28, "Kelly Wieser" <kelly@nheb5.com> wrote:
Hi Annie,

The funds that came in from the project cleared, so payment in the amount of US$45,000 has been authorized to you for annual amounts for Churao Wen, Lan Cen, and Yanning Wang.  We do have a bank holiday on Monday so I am not sure if you will receive that before Tuesday, but please confirm when you do receive it.  As more unit sales occur, we will make sure the remaining $15,000 is paid to you!

Thank you!

Kelly

**Kelly M. Wieser, Manager**
**Invest New Hampshire Regional Center, LLC**
PO Box 1582
Campton, NH 03223 USA
603-706-2051
kelly@nheb5.com
www.nheb5.com